# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON D. SEYMOUR,<br><br>   Plaintiff,<br><br>  v.<br><br>H. SHIRLEY, *et al.*,<br><br>   Defendants. | Case No. 1:22-cv-00938-JLT-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 28, 30, 36). |

  Aaron D. Seymour ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. This case is proceeding on Plaintiff's Eighth Amendment conditions of confinement claims against defendants Shirley, DeGough, and Cronjager ("Defendants"). (Doc. 9.) On February 27, 2023, the Clerk of Court entered default against Defendant DeGough. (Doc. 26). Defendant DeGough filed a motion to set aside the default. (Doc. 28.) Plaintiff subsequently filed a motion for default judgment against Defendant DeGough. (Doc. 30.)

  The assigned magistrate judge entered findings and recommendations, recommending that Defendant DeGough's motion to set aside the default be granted and that Plaintiff's motion for default judgment be denied. (Doc. 36.)

  The Court provided the parties an opportunity to file objections to the findings and

1

recommendations. To date, no objections have been filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued July 26, 2023, (Doc. 36), are **ADOPTED IN FULL**.
2. Defendant DeGough's motion to set aside default is **GRANTED.**
3. Plaintiff's motion for default judgment is **DENIED.**
4. This case is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 28, 2023**

UNITED STATES DISTRICT JUDGE

2