IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON D. SEYMOUR,**<br><br>  Plaintiff,<br><br>  v.<br><br>**SHIRLEY, et al.,**<br><br>  Defendants. | Case No. 1:22-cv-00938-JLT-EPG (PC)<br><br>[~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE |

Defendants Cronjager, DeGough, and Shirley filed an administrative motion to continue the September 6, 2023 settlement conference by at least sixty days. Good cause appearing, the motion is granted. The Court will issue an updated scheduling order in due course.

Dated:   August 31, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE